[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  17-12981
Non-Argument Calendar
_____

D.C. Docket No. 2:16-cr-00057-SPC-CM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARQUE AMASON,

Defendant-Appellant.
_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(January 19, 2018)

Before: WILSON, WILLIAM PRYOR and JORDAN, Circuit Judges.

BY THE COURT:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Appellant's plea agreement is GRANTED.  *United States v. Bushert*, 997

F.2d 1343, 1351 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily).